DISCIPLINARY COUNSEL *v*. BURGE.

[Cite as *Disciplinary Counsel v. Burge*, ___ Ohio St.3d ___, 2019-Ohio-5028.]

(No. 2018-1759—Submitted December 4, 2019—Decided December 10, 2019.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, James Michael Burge, Attorney Registration No. 0004659, last known business address in Lorain, Ohio.

{¶ 2} The court coming now to consider its order of August 13, 2019, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year with six months stayed on condition and with credit for time served under his interim felony suspension, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Burge*, 157 Ohio St.3d 203, 2019-Ohio-3205, 134 N.E.3d 153.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

———————————